IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RAFAEL DOMINGUEZ                                                                    PETITIONER

v.                              NO. 2:05CV00084 SWW/JFF

LINDA SANDERS,
Warden, FCI Forrest City,
Arkansas                                                                            RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of subject matter jurisdiction on Respondent's motion.

IT IS SO ORDERED this 11th day of October 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE