IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RAFAEL DOMINGUEZ                                                                      PETITIONER

v.                             NO. 2:05CV00084 SWW/JFF

LINDA SANDERS,
Warden, FCI Forrest City,
Arkansas                                                                              RESPONDENT

## JUDGMENT

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of subject matter jurisdiction on Respondent's motion.

IT IS SO ADJUDGED this 11th day of October 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE